UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASA NATHANIEL WARDEN,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER B. COWAN, et al.,<br><br>Defendants. | Case No. 19-cv-00896-DMR (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 and an application for *in forma pauperis* status. Dkts. 1, 3. He has also consented to magistrate judge jurisdiction in this action. Dkt. 2.

The acts complained of occurred in Shasta County, which is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.[1] The Clerk of the Court shall transfer the case forthwith.

All pending motions are TERMINATED on this court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: March 6, 2019

*/s/ Donna M. Ryu*
DONNA M. RYU
United States Magistrate Judge

---

[1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASA NATHANIEL WARDEN,<br><br>        Plaintiffs,<br><br>    v.<br><br>B. COWAN, et al.,<br><br>        Defendants. | Case No.: 4:19-cv-00896-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

    (1)    I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

    (2)    On 3/6/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Masa Nathaniel Warden ID: BH1647
CHCF
7707 South Austin Rd.
Stockton, CA 95213

Dated: 3/6/2019

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to
the Honorable Donna M. Ryu

*Service_Certificate _CRD*
*rev. August 2018*