UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASA NATHANIEL WARDEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>B. COWAN, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-0431 MCE AC (PS)<br><br><br>ORDER |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

By order filed June 11, 2019, this court instructed plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. ECF No. 17. On June 17, 2019, plaintiff submitted the USM-285 forms but failed to submit the required four copies of the April 15, 2019 amended complaint. ECF No. 20.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to return the copy of the amended complaint submitted by plaintiff on April 15, 2019; and

/////

/////

1

2. Within thirty days from the date of entry of this order, plaintiff shall submit to the court the four copies of the April 15, 2019 amended complaint required to effect service. Failure to submit the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: June 18, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE