UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASA NATHANIEL WARDEN,<br><br>            Plaintiff,<br><br>       v.<br><br>B. COWAN; W. WILLIAMS; AND N. WEAVER,<br><br>            Defendants. | No. 2:19-cv-00431-MCE-AC PS<br><br>ORDER APPOINTING COUNSEL |

Plaintiff, a state prisoner, is proceeding pro se and in forma pauperis in this action brought under 42 U.S.C. § 1983.  The court finds the appointment of counsel for plaintiff warranted. Brian C. McComas has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Brian C. McComas is appointed as plaintiff's counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

////

////

////

1

3. The Clerk of the Court is directed to serve a copy of this order on Brian C. McComas, Law Office of B.C. McComas, 77 Van Ness Ave., Suite 101, PMB 1605, San Francisco, CA 94102.

DATED: November 18, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE