UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASA NATHANIEL WARDEN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>B. COWAN; W. WILLIAMS; and N. WEAVER,<br><br>　　　　　　　Defendants. | No.  2:19-cv-0431 MCE AC PS<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner, is proceeding in this action in pro per and in forma pauperis. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On September 18, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 52. Defendants have filed objections to the findings and recommendations. ECF No. 53.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed September 18, 2020 are adopted in full.

2. Defendants' motion for summary judgement (ECF No. 43-1) is GRANTED as to Corporal Williams only, and DENIED as to the remaining defendants, Officers Cowan and Weaver.

IT IS SO ORDERED.

Dated: November 23, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE