BRIAN C. MCCOMAS (CASBN #273161)
LAW OFFICE OF B.C. MCCOMAS LLP
PMB 1605, 77 Van Ness Avenue, Suite 101
San Francisco, CA 94102
Tel: (208) 320-0383
Fax: (415) 520-2310
E-mail: mccomas.b.c@gmail.com

Attorney for Plaintiff
MASA WARDEN

PATRICK L. DEEDON, STATE BAR NO. 245490
TRACEY A. WERNER, STATE BAR NO. 315876
MAIRE & DEEDON
2851 PARK MARINA DRIVE, SUITE 300
REDDING, CALIFORNIA 96001 -2813
(530) 246-6050 I 246-6060 (FAX)
PDEEDON@MAIRE-LAW.COM
TWERNER@RNAIRE-LAW.COM

ATTORNEY(S) FOR DEFENDANTS,
BRYAN COWAN AND NICK WEAVER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MASA WARDEN,<br><br>             Plaintiff,<br><br>    vs.<br><br>COWEN, et al.,<br><br>             Defendant. | **Case No.:  19-cv-00431-TLN-AC**<br><br>**STIPULATION RE JOINT MOTION FOR 45-DAY EXTENSION OF TIME TO FILE TRIAL READINESS STATEMENT AND ORDER**<br><br>**The Honorable Troy L. Nunley** |

Plaintiff, MASA WARDEN, and defendants, COWEN and WEAVER, by their respective attorneys, jointly stipulate that the deadline for filing the joint trial readiness statement may be extended to February 26, 2021.

Dated:  January 6, 2021                    LAW OFFICE OF B.C. MCCOMAS

                                           By:  __*/s/ B.C. McComas*_____
                                           BRIAN C. MCCOMAS

                                           Attorney for Plaintiff


Dated:  January 6, 2021


                                           */s/ Patrick Deedon*
                                           PATRICK DEEDON
                                           *Attorney for Defendants*


        **IT IS SO ORDERED**.

DATED: January 6, 2021

                                           _____
                                           Troy L. Nunley
                                           United States District Judge

5