IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MASA NATHANIEL WARDEN,

Plaintiff(s)

vs.

COWAN, et al,

Defendants.

_____ /

No. | 2:19-cv-00431-TLN-AC

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Brian C. McComas , attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on November 18, 2020 , by the Honorable Allison Claire , United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

(See Declaration)

*Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.*

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 11,975 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: | 2:19-cv-00431-TLN-AC |

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this | 21st | day of | July |, 20 | 22 |, at | San Francisco |, California.

/s/ Brian C. McComas

Attorney for Plaintiff(s)

The above expenditure is _____x_____ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated:  May 10, 2023

**ALLISON CLAIRE**
**UNITED STATES MAGISTRATE JUDGE**

BRIAN C. McCOMAS
California SBN 273161
The Law Office of B.C. McComas, LLP
PMB 1605, 77 Van Ness Ave., Ste. 101
San Francisco, CA 94102
Telephone: (208) 320-0383
Facsimile: (415) 520-2310
Email: mccomas.b.c@gmail.com

Attorney for Plaintiff
MASA WARDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MASA WARDEN<br><br><br>Plaintiff,<br><br>v.<br><br>COWEN, et al,<br><br>Defendant. | Case No. 2:19-cv-00431-TLN-AC<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S EX PARTE REQUEST FOR AUTHORIZATION OF FEES AND EXPENSES TO PRESENT INVESTIGATIVE AND EXPERT TESTIMONY AT TRIAL**<br><br>The Honorable Judge Troy L. Nunley |

I, Brian C. McComas, declare:

1.    I am an attorney licensed to practice in the States of California and Idaho, and authorized to appear before the United States District Courts for the Northern, Eastern, and Central Districts of California, and District of Idaho; the United States Court of Appeals for the Ninth Circuit; and the United States Supreme Court.  I have also been admitted to practice *pro hac vice* before the United States District Court for the District of Nevada and the Montana Supreme Court and its Sentence Review Division.  I own and operate the Law Office of B.C. McComas, LLP.

2.    I have been appointed by this Court to represent plaintiff, Masa Warden.  Doc #55.  Plaintiff alleges that the Defendants used excessive force in violation

1

1    of the Fourth Amendment by shooting him more than a dozen times while he laid on the

2    ground without a gun.  Docs #13, 15.

3           3.      The court has ordered the parties to file a joint trial readiness statement.

4    As part of that submission, I am submitting this declaration because expert services will be

5    necessary at trial.  Mr. Warden has been granted no funds to date. I believe that the

6    requested authorization of funds is necessary.  *See* General Order 558.  I have done all

7    things possible to reduce the cost of the expenses sought herein.

8                          **PROPOSED INVESTIGATIVE SERVICES**

9           Bill Ditmars is an investigator in Redding, California familiar with the defendants in

10   this case from prior investigations in criminal cases for the Public Defender.  Mr. Ditmars

11   will conduct interviews with witnesses who observed the incident, including Sukhjit Kaur,

12   a student at a nearby school; KC Jon Capron, on a ride-along at the time with Ofc. Cowan;

13   and Todd Caranica, who witnessed the shooting while working for a nearby homeowner.

14   Mr. Ditmars will also investigate and report on the area of the shooting, measuring

15   distances, reviewing sight lines, and conducting other analyses of the physical space.

16   Additionally, he will seek out photographs and video taken by the Redding PD of the scene

17   but not previously made available in discovery.  This investigation is necessary to resolve

18   conflicting accounts of what occurred before, during, and after the shooting in this case.

19   Mr. Ditmars will also offer expert testimony at trial.

20          Mr. Ditmars is paid $70 per hour.  I anticipate 30 hours of services before trial to

21   review records, contact witnesses, and prepare reports.  Accordingly, I am requesting

22   $2,100.  A copy of Mr. Ditmars CV is provided in support of this declaration.

23                     **PROPOSED USE OF FORCE EXPERT SERVICES**

24          Scott Defoe is an expert in use of force, with specialized training in firearms and

25   crisis de-escalation.  Mr. Defoe will analyze documents in the record relating to

26   Defendants' use of deadly force against Petitioner and what, if any, less-lethal options

27   Defendants had at their disposal.  He will also assess Defendants' expertise in use of force

28   and de-escalation, examine how Defendants did or did not de-escalate the situation, and

testify on the Crisis Intervention Team and Hostage Negotiation Team trainings Defendants claimed to have taken.  Mr. Defoe's expert testimony is necessary to assess the less-lethal options Defendants had to detain Plaintiff, and to evaluate how a reasonable police officer would have acted in this situation.

I believe that it is reasonably necessary to the prosecution of this civil rights action to hire an expert witness with specialized knowledge of use of force by police officers, with specialized training in firearms and crisis de-escalation, to assist in establishing the liability of one or more of the Defendants.  I expect the cost of retaining such an expert not to exceed $5,000.  I will do all that I can to keep the expert costs minimal and reasonable, and have asked for here an amount that is hoped to be the maximum needed.

Mr. Defoe is paid $375 per hour.  I anticipate 13 hours of services before trial to review records, contact witnesses, and prepare reports and attend depositions.  Accordingly, I am requesting $4,875.  A copy of Mr. Defoe's CV is provided in support of this declaration.

**PROPOSED DISABILITY EXPERT SERVICES**

Ron Lopez is a forensic nurse and disability expert with experience in Civil Rights cases.  (See attached resume.)  Defendants shot Mr. Warden nine times, piercing his legs, buttocks, groin, abdomen, and arm, leaving bullet fragments inside Mr. Warden's body and causing him permanent damage.  Mr. Lopez will examine Mr. Warden's medical records, investigate the current injuries he has as a result of being shot by Defendants, and assess what the impact of those injuries has been on Mr. Warden's life.  Such expert analysis is necessary to substantiate Plaintiff's arguments about the ongoing and debilitating consequences of his injuries, and to evaluate damages.

The principal allegation in this civil rights action is that through the Defendants' deliberate indifference, the Plaintiff suffered an irreparable injuries resulting in permanent disability and severe pain.  I believe that it is reasonably necessary in this case, in order to effectively evaluate, and possibly present to the jury, evidence of the extent of the Plaintiff's monetary damages in this case, specifically his loss of future wage earning

3

capacity, to hire an expert witness to review Plaintiff's medical records, relevant transcripts, discovery responses, and other relevant documents; to interview the Plaintiff; and to offer us an assessment and evaluation of the Plaintiff's loss of future wage earning capacity.  I expect the cost of retaining such a consultant not to exceed $5,000.  I will do all that I can to keep the consultant and expert costs minimal and reasonable, and have asked for here an amount that is hoped to be the maximum needed.

Mr. Lopez is paid $ 250 per hour.  I anticipate 20 hours of services before trial to review records, contact witnesses, and prepare reports and attend depositions.  Accordingly, I am requesting $5,000.  A copy of Mr. Lopez' CV is provided in support of this declaration.

## CONCLUSION

4.      I am submitting this request for further expenses for expert services because I believe that it is necessary to litigate this matter through trial.  I have conferred with the Pro Bono Panel and resource counsel in reaching that determination.

5.      In sum, I request authorization of $11,975 in fees and expenses for investigative and expert services necessary to prepare for trial.  If possible, not all of the funds requested for authorization will be expended.  I will seek reimbursement only for actual expenses based upon complete documentation following the conclusion of Dr. Chen's services.  I will submit an additional request for authorization of expert and legal expenses if necessary.

I declare under penalty of perjury, as defined by the laws of California and the United States, that the foregoing is true and correct, and that this declaration was executed in San Francisco, California.


Dated: July 22, 2022                              */s/ Brian C. McComas*

                                                              BRIAN C. McCOMAS

                                                              Attorney for Plaintiff
                                                              MASA WARDEN

4

P.O. Box 991431                    Phone 530-244-5681
Redding, CA. 96099                 Fax 530-241-8615
                                   Email: investigator@reddingpi.com

# William R. Ditmars

| Interest | **PRIVATE INVESTIGATOR** |
|---|---|

| Work Experience | **MILITARY**: |
|---|---|

1972-1975

U.S. Navy

Search & Rescue (SAR missions), Damage Control, & Electrician.  Viet Nam Veteran.


1978-1979

U.S. Navy Reserve

Special Boat Unit 11.   Riverine Warfare / Gunners Mate / Assigned to Rapid Reaction Force.


1979-1980

California Army National Guard

184th Mechanized Infantry Division.  Job code 11B (infantry).  Trained in M-16 rifle, Light anti- tank weapon (LAW), 40MM grenade launchers, M-60 Machine Gun, 50 Caliber Machine Gun, infantry tactics, etc.

---

1976 – 1978

Fire Fighter

US Forest Service: Wild land firefighter

Paradise Township Volunteer Firefighter: Structure firefighter.


1978

Independent contractor for Texas Mobile Tire.  (Dallas, Texas)


1979 – 1986

Lube 10 Inc.  (Sacramento, CA.)

First person hired by the company.  Started out as a store manager and was promoted as the company grew.  Final position was Operations Manager with supervision of 60 employees and 8 stores.  Directly responsible to the owner.


1986 – 1988

Participated in a business partnership with my former boss in a Jiffy Lube franchise located in

Redding, CA.

1988 - 2000
Opened and operated Lube Boys (a quick lube) in Feb. 1988 in Red Bluff, Calif.  Sold it to Jiffy Lube
    in 2000.

1990
Consultant:
Opened San Francisco's first quick oil change facility (Flash Lube) for Ron Greenspan Motors.

1991 to 2004

Owned and operated Smog Man in Red Bluff.  Smog Man is an automotive smog inspection and repair
    shop.  Sold business in 2004.

2001 – 2003

Opened and operated Happy Days Drive In (50's style drive- in restaurant).  Sold business in 2003.

2001 to 2004

    Worked for North Valley Investigations as a Private Investigator.  Specialized in workers
    compensation insurance fraud investigations.  Attended several training programs provided by CALI
    (California Association of Licensed Investigators) ranging from Surveillance techniques to criminal
    defense.

2004 to present

Attained private investigator license in May of 2004 and started Van Ditmarsen Investigations.

Since 2004 I have provided a wide range of services to my clients including but are not limited to the
    following:  Criminal background and other criminal records checks.  Personal Injury investigations,
    Family Law Investigations, Asset Recovery, Missing Persons Investigations, Pre-employment
    background checks, Home Invasion Investigations, Surveillance, asset location (bank account
    searches).  **Criminal defense, (death penalty experience)**.  Extensive court records research.
    **Current CCW permit.  Three handguns listed on permit. One Government model 1911 .45
    and two .38 Special revolvers concealed carry weapons.**

Note: The above listed chronological listing of work experience reflects work experience overlap from
    2001 to 2004.  During that time period I owned and operated two businesses and was employed full
    time as a private investigator.

| Other |
| --- |

Licensed pilot for single engine aircraft.  Aircraft owner.

**Education**    1975 to 1976        Butte College                    Chico, CA.
                 **AA degree in Language Arts (Mass Communications)**
                 Major emphasis in Mass Communications and photography.


**Education**    1977 to 1978        Butte College                    Chico, CA
                 Fire Science.

                 1980 to 1981        American River College
                 Business Courses.


**Closing**      I work out 4 times a week to keep in shape.  I'm 5'11" and weigh 183 pounds.


                 See current photo below.

**Curriculum Vitae**

# Scott A. DeFoe

P.O. Box 4456, Huntington Beach, CA 92605-4456
Cell: 714-655-4280
sdefoe313@msn.com

**Executive Profile**

**Expert Witness / Consultant Specialties Include:**

| | |
|---|---|
| Police Procedures / Tactics | Use of Force (Lethal and Less Lethal) |
| SWAT | K9 |
| Narcotics | Jail Operations |
| Informants | Police Corruption / Internal Investigation |
| Vehicle Pursuits | Vice |
| Surveillance | Evidence Analysis & Preservation |
| Security | Premise Liability / Forseeability |

**Awards and Commendations**

**Purple Heart** (LAPD),
**Medal of Valor** (LAPD)
**Police Star** (LAPD) and over 100 Los Angeles Police Department and citizen commendations.

**Professional Experience**

**Consultant / Expert Witness**
April 2013 to Present
**On-Scene Consulting Group, LLC.** - Los Angeles, CA
Provide comprehensive service which includes in-depth analysis and investigations with detailed reporting of all findings. Testified as an Expert Witness in pre-trial depositions and in various courts throughout the United States.

**Director of Security**
March 2016 to September 2017
**L&R Group of Companies** - Los Angeles, CA
Identified and conducted Risk and Vulnerability Assessments for all L&R Group of Companies developments, and projected developments throughout the United States. Conducted all facets of security training to ensure compliance with the Bureau of Security and Investigative Services (BSIS). Ensured compliance with appropriate safety and sustainability regulations for all of the developments in coordination with Human Resources, Legal, and law enforcement to ensure the safety and security of protection of our staff, executives, tenants, and guests.

- Utilized strategic-level analysis from the intelligence community, law enforcement and the private sector. Ensured a coordinated ability to identify and monitor potential or actual incidents among critical infrastructure domains.
- Mitigated expected threats. Utilized preplanned coordinated actions in response to infrastructure warnings or incidents.
- Conducted internal investigations and audits.
- Directed the day-to-day management of site security operations for major sites through subordinates to ensure timely delivery of required services and appropriate response to incidents.
- Designed and implemented appropriate security, measures for existing and projected developments.
- Coordinated all security efforts with current practices and procedures.
- Researched and deployed appropriate technology solutions, innovative security management techniques, and other procedures to ensure physical safety of employees, tenants and guests.

**Scott A. DeFoe**                                                                              Page 2

**Director of Security**
June 2014 to March 2016
**Universal Protection Service** - Los Angeles, CA
Directed supervision of 84 Security Professionals at the City National Plaza. Conducted and or facilitated all Bureau of Security Investigative Services (BSIS) training to Security Professionals. Ensured all Security Professionals were compliant with BSIS security training and licensing. Conducted the following training to Security Professionals and Tenants on an ongoing basis.

- Trained others on Fire Life Safety, Evacuation Drills, Active Shooter, Workplace Violence, Security Procedures and Protocols, Responding to Incidents Involving the Mentally Ill, Hazardous Materials and Internal Theft.
- Conducted ongoing risk and vulnerability assessments of the City National Plaza to include security staffing and deployment, closed circuit television (CCTV), Crime Prevention through Environmental Design (CPTED), and protocols to respond and mitigate threats.
- Developed Security and Fire Life Safety Manuals for Security Professionals and Tenants.
- Coordinated all security efforts to ensure safety at special events. Conducted internal investigations and worked in conjunction with the Los Angeles Police Department (LAPD), Los Angeles Fire Department (LAFD) on an ongoing basis.

**Riverside County Sheriff's Department** - **Deputy Sheriff (Lateral)** - June 2013 to June 2014
April 2014 to June 2014
Assigned to Jurupa Valley Station Field Deputy Training Program. Conducted all facets of patrol service to include: calls for service, self-initiated field activity, arrests, citations, booking of evidence, and court testimony.

June 2013 to April 2014
Assigned to Robert Presley Detention Center (RPDC). Processed and monitored inmate population from initial intake, housing, court, transportation and release. Conducted searches of inmate population as well as the facility on an ongoing basis. Utilized experience as a Gang Officer, Detective and Sergeant with LAPD to conduct interviews and interrogations of prisoners regarding a myriad of investigations.

- Provided information to gang detail.
- Functioned as a mentor to newly appointed Deputy Sheriffs as well as Supervisors.
- Attended and certified in RSO Supplemental Jail Operations Core Course and Title XV training prior to deployment at RPDC. Received on-going training to include: Use of Force (Lethal and Non-Lethal), Crisis Negotiation Training, Active Listening Skills Training, Report Writing, Response and Deployment to Critical Incidents, and Proper Protocols and Procedures when responding to a medical incident or suicide.

**Vice President of Security Operations**
June 2010 to April 2013
**Caruso Affiliated** - Los Angeles, CA
Identified and conducted risk and vulnerability assessments for all Caruso Affiliated Developments, projected developments/investments, and residences. Utilized strategic-level analysis from the intelligence community, law enforcement and the private sector. Ensured a coordinated ability to identify and monitor potential or actual incidents among critical infrastructure domains and all personal and professional interests of Caruso Affiliated. Mitigated expected threats. Utilized preplanned, coordinated actions in response to infrastructure warnings or incidents.

- Responded to hostilities and identified and eliminated the cause, or source, of an infrastructure event by the utilization of emergency response measures to include: on-site security personnel, local law enforcement, medical and fire rescue and relevant investigative agencies.
- Conducted all facets of security training for the company and employees.
- Formulated Business Continuity and CEO Succession Plans for the company and all affiliated business interests. Conducted ongoing audits and internal investigations.

# Scott A. DeFoe

**Level I Reserve Police Officer**
June 2010 to March 2016
**Los Angeles Police Department** - Los Angeles, California

Initially assigned to Counter Terrorism from June 2010 through April 2012. Completed staff projects for the Deputy Chief.

Assigned to the Wilshire Division from April 2012 through March 2016. Assisted with tactical and shooting training days as an Adjunct Instructor. Assigned to patrol functions including: responding to calls for service, conducting follow-up investigations, conducting self-initiated law enforcement activities including arrests, booking of arrestees, completing reports and booking of evidence.

- Worked in conjunction with citizens and local businesses in developing crime fighting strategies.
- Provided active shooter training to local businesses.
- Worked in conjunction with Wilshire Detectives and Wilshire Crime Analysis Detail (CAD) to reduce crime.

**Sergeant II+1 Special Weapons and Tactics (SWAT) Supervisor**
August 2005 to June 2010
**Los Angeles Police Department** - Los Angeles, California

Supervised the response and tactical intervention during barricaded subject incidents. Supervised the coordination and facilitation of high risk warrant services. Supervised the Crisis Negotiation Team (CNT) during barricaded and suicidal subject incidents. Developed SWAT's Counter-Terrorism and Training Cadre to include the preparation and submission of federal and state grants for the acquisition of equipment.

- Performed and facilitated all aspects of tactical and crisis negotiation training to federal, state and local law enforcement agencies.
- Responded and trained Mumbai local and state police officers following the 2008 terrorist attack in Mumbai, India.
- Assisted with the development of multi-assault counter-terrorism action capabilities training.
- Completed audits, employee performance reviews, investigative reports and internal investigations.
- Conducted use of force investigations on SWAT incidents and submitted reports to the Officer-in-Charge for his review and approval.
- Testified in court and at administrative hearings.

**Sergeant II+1 Metropolitan Division K9 Platoon**
April 2000 to September 2005
**Los Angeles Police Department** - Los Angeles, California

Supervised and facilitated all facets of K9 training. Ensured that all K9 deployments conformed to the K9 deployment criteria, through training of personnel and supervision of K9 searches. Functioned as a member on a K9 Search Team when necessary. Provided on-scene command during critical incidents at Command Posts.

- Completed use of force investigations and K9 contacts. Submitted all reports to Officer-in-Charge for his review and approval.
- Completed all requisite administrative reports to include audits.
- Testified in court, and at administrative hearings. Wrote 2002 LAPD Metropolitan Division K9 Platoon Manual.

**Scott A. DeFoe**                                                                             Page 4

**Sergeant II-77th Division Vice, Officer-in-Charge**
February 1999 to March 2000
**Los Angeles Police Department** - Los Angeles, California
Supervised investigations involving pimping, pandering, prostitution, bookmaking, gaming, gambling and other vice related activities. Conducted audits and administrative reports. Prepared and served search warrants for the above-mentioned crimes. Supervised twelve undercover officers and six uniformed officers on a daily basis. Worked in conjunction with other Department entities on sensitive investigations.

- Completed rating reports for subordinates assigned to the Unit.
- Conducted use of force investigations, audits, personnel complaints and other administrative tasks.
- Submitted all reports to the Officer-in-Charge for his review and approval.
- Testified in court and at administrative hearings.

**Management Services Division Supervisor-Sergeant**
November 1997 to March 1999
**Los Angeles Police Department** - Los Angeles, California
Conducted research projects, directives and correspondence at the direction of the Chief of Police. Reviewed staff work by subordinates. Conducted follow-up investigations as required to ensure that policies and procedures were adhered to by all organizational units within the Department. Conducted large scale audits and investigations.

- Served a six-month loan on the Rampart Corruption Task Force investigating and auditing use of force reports.
- Served a six-month loan at Internal Affairs Division, Headquarters Section. Investigated personnel complaints beyond the scope of geographical patrol divisions.
- Staff writer for the 2000 Los Angeles Police Department Manual.

**Hollenbeck Division Special Enforcement Group Officer-in-Charge**
November 1996 to November 1997
**Los Angeles Police Department** - Los Angeles, California
Provided supervisory oversight of eighteen police officers and detectives during gang investigations, crime suppression and the service of search warrants. Provided all aspects of tactical training to the group. Completed audits, employee ratings and administrative duties.

- Monitored and reviewed gang and narcotic investigations to ensure compliance with Department policy. Conducted use of force investigations.
- Submitted all investigative and administrative reports to the Commanding Officer for his review and approval. Testified in court and at administrative hearings.

**Detective, Wilshire Division**
March 1995 to November 1996
**Los Angeles Police Department** - Los Angeles, California
Assigned to various areas including: Robbery, Burglary, Auto Theft, Major Assault Crimes (Assaults with Domestic Violence), Homicide and the West Bureau Narcotics Group Field Enforcement Section. Conducted preliminary investigations and follow-up investigations. Interviewed victims and witnesses of crimes and interrogated individuals suspected of committing crimes. Conducted surveillances.

- Filed criminal investigations with the Los Angeles City Attorney's Office and the Los Angeles District Attorney's Office.
- Worked in conjunction with other law enforcement agencies and entities within the Los Angeles Police Department.
- Wrote and served search warrants. Booked evidence related to investigations.
- Trained local businesses and community groups in the areas of safety and security.

**Scott A. DeFoe** Page 5

**Police Officer**
November 1989 to March 1995
**Los Angeles Police Department** - Los Angeles, California
Functioned in numerous roles as a Police Officer I, II, and III to include: Patrol, Field Training Officer (FTO), Detective Trainee, Vice, Special Enforcement Group, Divisional CRASH (gangs) and Operation Central Bureau CRASH (gangs).

- Selected to Specialized Units based on high performance and ability to work well in small cohesive units throughout the Department.
- Testified in court on a multitude of matters. Certified in court as a narcotic, gang, and vice expert.

**Special Agent-Organized Crime Drug Task Force (OCDETF)**
June 1988 to October 1989
**Department of Treasury, United States Customs Service** - San Francisco, California. Special Agent assigned to a multi-agency narcotics task force. Investigated major suppliers of narcotics and dangerous drugs who were engaged in illegal activities on an organized and commercial basis in an undercover capacity.

- Prepared and served search warrants. Worked in conjunction with the Assistant United States Attorney in San Francisco. Testified in Federal Court and at Asset Forfeiture Hearings.

**United States Army Reserve**
June 1983 to June 1989
Honorable Discharge as E-4. Military Occupational Skill (MOS)-72E-Combat Infantry Communications

**Training (Received and Provided Training):**
Weapons Training/Qualification on Monthly Basis-M-4, MP-5, Benelli Shotgun, Kimber/.45/1911, Remington 870 Shotgun, Glock, Force Option Simulator (Quarterly). Quarterly mandatory weapons certification from November 1989 to June 2010.

**Additional Training/Certification(s):** (11/1989-06/2010)

**Supervisor Training:**
Incident Command System 100-800
Sexual Harassment Training for Supervisors
Career Development for Supervisors
Standards Based Assessments for Supervisors
Supervisors Consent Decree Training
Vehicle Pursuit Policy Supervisor Training
Watch Commander School Retaliation Training
RMIS TEAMS II (Non-Categorical Use of Force Supervisor Training)
Ethics in Law Enforcement
Career Survival Workshops
Problem Oriented Policing and the SARA Model
Cultural Diversity Tools for Tolerance
Instructor Development Course (IDC)
Officer Involved Shootings Administrative Investigations Training
Prop 115-Hearsay Evidence Training
Managing Workplace Conflict CLETS-NCIC
Racial Profiling
West Point Leadership School for Supervisors
Basic Supervisor School

**HAZMAT Training:**
Advanced Chemical and Biological Integrated Response, LAFD Hazardous Materials Technical Specialist (A-D)-Certified HAZMAT Technician, Technical Emergency Response Training, Law Enforcement Protective Measures.

**Scott A. DeFoe**                                                        Page 6

**Crisis Negotiations/Mental Health Training:**
Hostage Negotiations - Advanced, Behavioral Sciences Services Section
Officer-Involved Shooting/Barricaded Subject Services Debriefs
Crisis Negotiation Training and Curriculum Development for West Point Military Academy
Didi Hirsch Suicide Prevention Training (Volunteered and Supervised on an ongoing basis)
Mood Disorders/Post Traumatic Stress Disorder Training, Communicating with People with Disabilities
Mental Health Introduction MEU-SMART Orientation
Mental Illness Update
Drug Recognition Expert Training and Certification
Under the Influence-11550 Health and Safety Code Training
Institute for the Prevention of In-Custody Deaths Training on Recognizing Agonal & Other Breathing Problems
(2015). Attended and facilitated LAPD CNT 40-Hour Course
Attended FBI Basic Crisis Negotiation Course

**Tactical Training:**
Crowd Management Control, Search and Arrest Warrant Tactics
Less than Lethal Use of Force Training and Certification TASER MX-26, X-26 Train the Trainer
(Trainer/Instructor Certification)
Excited Delirium & Agitated Chaotic Events, Train the Trainer.
End of Pursuit Tactics Overview
Communication-Keeping Your Edge
Crowd Management and Control
Immediate Action Rapid Deployment
Arrest and Control Trainer Certification
Los Angeles County Sheriff's Department Explosive Breaching Course
Mobile Field Force Supervisor Train the Trainer
Officer Survival-Shooting
Personal Protective Equipment (PPE)
Pursuit Intervention Techniques for Supervisors
Baton/Impact Weapon
Advanced Canine Supervisor Course
Basic Metro School
Collapsible Baton
Officer Safety Field Tactics
Mobile Field Force Training
Narcotics/Tactical Entry Update
Field Training Officer Update
Standard Emergency Management System (SEMS)
CPR-First Aid Recertification
Basic Arrest and Control Techniques
Driver Awareness Training
Range Safety Officer and Supervisor Training
Interrogation Techniques
VICE School
37mm Baton Round Training
Civil Unrest Response Training
Hobble Training
Advanced Field Officer Course, Oleoresin Capsicum (OC) Gas Training
Search Warrant Counter Measures
Riverside Sheriff's Department Jail Operations Course to include Title XV

**Scott A. DeFoe**                                                        Page 7

**Detective Training:**

Basic Detective School
Juvenile Procedures School
Association of Threat Assessments Professionals (ATAP) Training
Workplace Investigative Training
LAPD Narcotics School
POST Investigative and Interrogation Course
POST Cognitive & Statement Analysis Training Course
Special Investigative Section Surveillance Training

**California Peace Officer Standards and Training (P.O.S.T.) Commission: Basic, Intermediate, Advanced and Supervisory Certificates.**

**Outside Training**:

Dale Carnegie 12-week Public Speaking School
Americans for Effective Law Enforcement (AELE) Certified Litigation Expert Courses
Use of Force By The Numbers: 4, 8, 14 (Institute for the Prevention of In-Custody Deaths-IPICD)
California Specialized Training Unit Hazardous Materials First Responder Operations Weapons of Mass Destruction Law Enforcement Field Support Course
Louisiana State University Screening of Persons by Observational Techniques (SPOT)
Subconscious Communication for Detecting Danger by International Academy for Linguistics and Kinesics
Department of Homeland Security WMD Radiological/Nuclear Course of Hazardous Materials Technicians
UNLV WMD Radiological/Nuclear Awareness Train The Trainer Course, FEMA Advanced Chemical and Biological Integrated Response Course Mobile Training Event
FEMA WMD Law Enforcement Threat
Hazard Recognition, and Emergency Actions Training
CSTI Technician/Specialist 1A-D, DHS WMD Tactical Commander Management and Planning
Licensed California Private Investigator (License No. 29151)
Certified California Criminal Defense Investigator.

**Associations**

California Association of Licensed Investigators
Peace Officers Association of Los Angeles County (POALAC)
Americans for Effective Law Enforcement (AELE)
California Crime Prevention Officers Association
International Association in Crime Prevention Partners
California Peace Officers Association

**Education**

**Master of Legal Studies**, 2020
**Pepperdine Law School** - Malibu, California, United States

**Master of Arts**: **Public Administration**, 1998
**California State University** - Long Beach, California, United States

**Bachelor of Science**: **Criminal Justice**, 1988
**Northeastern University** - Boston, Massachusetts, United States



**Ron Lopez, RN, PI**

www.RLAinvestigations.com  ●  ron@RLAinvestigations.com  (209) 402-0529

Updated: April, 2020

## SUMMARY OF QUALIFICATIONS

Registered Nurse & Licensed Private Investigator with extensive emergency medical service, critical care, public health, ambulance, federal disaster response, and testimony experience,  including management & teaching roles.  Specific background:

- Federal court case testimony in forensic aspects of clinical nursing with San Francisco law firm Spiegel, Liao, & Kagay

- CA Superior Court qualified expert witness in human blood sampling (phlebotomy); injury kinematics,  and illnesses & injuries mimicking drunkenness.

- Former EMS coordinator, medical incident investigator & clinical QA Committee Chair, Solano County Health & Social Services Dept., Fairfield, CA.

- Former American Heart Association Instructor in Advanced Cardiac Life Support: neonatal, pediatric & adult

- Trauma case manager, Memorial Hospitals Association, Level II trauma center, Modesto, CA.

- Trauma systems consultant, Masterman Consulting, Weaverville, CA.

- Current employment: home health infusion RN, Maxim Healthcare Services, Modesto, CA.

- Hospital and EMS clinical program development, including policy development, Quality Improvement processes and benchmarking.

- Public speaking and adult educational presentations at local through national levels.

- Former member, FBI Joint Terrorism Task Force - Bay Area Terrorism Working Group, San Francisco, within scope of work with the City & County of San Francisco EMS Agency, 1998-2002.

- Former reserve Sheriff's Deputy, Butte Co. - Medical Officer, Search & Rescue Unit, 1987-1989.

- Federal disaster medical incident response - Urban Search & Rescue Task Force 7, Sacramento Fire Dept.; CA Disaster Medical Assistance Team CA-6, National Disaster Medical System**.**

### Professional Licensure

- CA Registered Nurse (Lic. #R403925); specialty: Critical Care, national Board exam alumnus in both Emergency Department & ICU nursing.

- CA Licensed Private Investigator (#26739)

- Licensed Amateur Radio Operator (FCC Technician Class KG6ILG)

### Expert review, intervention & testimony capabilities

- Medical evidence summarizing and preparation for attorney/expert witness review.

### Education

BA, Human Biology, Stanford Focus: Neurophysiology of human behavior.
Research Associate, Dept. of Chemical Physics, Caltech, X-ray Crystallography.
ADN, Registered Nurse, Evergreen Valley College.

### Affiliations

CA Assoc'n of Licensed Private Investigators; International Association of Forensic Nurses; Life member, Stanford alumni association.

**Ron Lopez, RN, PI**

www.RLAinvestigations.com  ●  ron@RLAinvestigations.com  (209) 402-0529

Updated: April, 2020

- DUI defense based on Acceptable Medical Practice issues; gastric reflux (GERD) affecting breathalyzer results, drug dosing & administration, or head injury misinterpreted as drunkenness.

- Sexual assault evidence review & critique –  review of SANE report findings.

- Medical appropriateness-of-care issues; malpractice; nurse:physician relationships affecting care.

- Court-mandated assessment & structured intervention in family law cases involving complex medical and/or psychosocial issues

- Medical exam report evaluation, e.g., sexual assault, autopsy, hospital diagnostic exams.

- Medical testimony transcript review and summary declaration for court submissions.

- Controlled substance/pharmaceutical security systems investigations – hospital and ambulance.

### Investigative capabilities based on actual experience

- In partnership with Virtualabs, 3-D digital scanning for crime scene and accident reconstruction**

- Vehicle crash & gunshot dynamics analysis using 3-D digital scanning technology**

  ** further description at http://www.rlainvestigations.com/crime-scene-re-creation.html

- Child & elder abuse; child custody cases - analysis of medical components & related testimony/delivery of court documents.

- Non-custody and in-custody witness interviews.

### Investigative Experience

**Private investigator and evidence reviewer for multiple Private Investigation, medical forensics, government agencies, and law firms**.  Civil and criminal case investigations or evidence review for:

- Advocate Investigative Agency, Inc., San Marcos, CA

- Berg Injury Lawyers, Sacramento, CA [http://www.berginjurylawyers.com/contact-us/sacramento-injury-lawyer/]

- C & G Investigations, Laguna Niguel, CA

- Donald Bartel, Esq., Riverside, CA [http://www.dui-california.com/don_bartell.html]

- Godoy Medical Forensics, Inc., Livermore, CA [http://godoymedical.net/]

- Humboldt County Public Defenders Office

- Michael Norris, Esq., Los Angeles, CA [http://www.michaelnorrislaw.com/]

- Peter Johnson, Johnson & Johnson Law, Walnut Creek [http://jjlaw2.com/criminal.html]

- Pipkin Detective Agency, Visalia, CA

- San Bernardino County Public Defenders Office

- Solano County Heath & Social Services Dept., EMS Agency, Fairfield, CA

- Tuolumne County Public Defenders Office





- Valley Investigative Professionals, Modesto, CA

- et al

## Selected Representative Experience

**American Heart Association Instructor, National Institute for Healthcare Education**, 2009 – 2017, based at Riverside, CA.

**Infusion nurse, Maxim Healthcare, 7/16 – Present**, Modesto, CA.

**Clinical Nurse Educator, Novasyte, Inc., 10/15 – 10/17**, Carlsbad, CA.  Contract clinical educator providing services for various biomedical industry clients; area of focus is ICU and Emergency Department applications of cutting edge medical technologies.

**Clinical Research Nurse, Novoresearch, regular, full-time, 8/13-5/14 and continued related per diem work with Central Valley Research, LLC, 8/15/15 to present;**  Contract clinical research coordinator for clinical trials of drugs under investigation for FDA approval.

**Program Manager, San Francisco Public Health Dept**., **1997-2002**  Full-time, professional disaster planner focusing on medical/health issues.  Paid presenter at the 2000 National Disaster Medical Services conference as a medical disaster planning  expert.

**EMS Coordinator,  Solano County, CA Public Health Dept., 1994-1997**  Emergency Medical Services system coordinator responsible for hospital, paramedic, & aeromedical patient transport system QA and Title 22 regulatory compliance.  Participated in the county's first-ever EMS medical quality assurance committee; implemented unprecedented problem solutions reducing county and EMS Provider liability in both public and private sector EMS healthcare delivery organizations.

**Supervisory Nurse Specialist, National Disaster Medical System, Disaster Medical Assistance Team CA-6, 1997-Present.**  Response team member and Emergency Medical Operations Instructor, Supervisory Nurse Specialist (GS-13), & founding member U.S. Dept. of Homeland Security.  Current member, Disaster Medical Assistance Team CA-6, National Disaster Medical Service, U.S. Dept. of Health & Human Services, unit based at Fremont, CA.  This is an on-call, federal disaster response position.  Continued team membership contingent upon attendance at regular, scheduled team training sessions similar to military reserve duty.  Instruction of physician, nurse, paramedic, and EMT-1 personnel in disaster response & emergency medical field operations and logistics in austere care environments.  Instruction included use of clinical simulators. Personal experience has included missions to Guam, baseball World Series medical support, and the Superdome during Hurricane Katrina.  Most recent deployment: Hurricane Irma.

**Diversion Evaluation Committee Member, CA Board of Registered Nursing (BRN)  1988 – 1990**.  This is the State committee that evaluates and determines suitability for drug impaired nurses to continue professional practice once they've been referred to the program.

**Reserve Sheriff's Deputy, Butte County Sheriff's Dept., Chico, CA**. **1987 – 1989**.  Medical officer for Search & Rescue unit.

## Relevant Training & Certifications

2019            Professional Investigator Certification, CA Association of Licensed Private Investigators

2017            Business security & emergency communications summit; Clovis, CA; ongoing education seminars
                sponsored by area chapters of the CA Association of Licensed Investigators, e.g. homicide investigation;
                crime scene reconstruction; gang investigations; et al.



**Ron Lopez, RN, PI**

www.RLAinvestigations.com  ●  ron@RLAinvestigations.com  (209) 402-0529

Updated: April, 2020

| | |
|---|---|
| 2016 | Ongoing continuing medical education studies in medical forensics, clinical nursing, & related subjects |
| 2015 | Ongoing education seminars sponsored by area chapters of the CA Association of Licensed Investigators |
| 6/2014 | CA Association of Licensed Investigators Conference, Rancho Mirage, CA – multiple subjects related to private investigations. |
| 3/2012 | Newly Licensed Investigator Training & Enrichment, California Association of Licensed Investigators, given at Sacramento, CA |
| 1987-89 | Initial specialty training, Dept. of Neurosurgery, UC Davis Medical Center, Sacramento, CA. |
| Biannually | Recertification training, Concealed Weapons Licensure.  Issuing agency: Stanislaus Sheriff's Dept. |
| Quarterly | Firearms requalification.  Certifying agency: CA Bureau of Security & Investigative Services |
| Biannually | Recertification training, CA armed guard certification.  Certifying agency: CA Bureau of Security & Investigative Services |

## Awards

- 2011 CALI professional scholarship winner
- Academic scholarships, Stanford University
- American Chemical Society Grant for Student Research, California Institute of Technology
- Life Member, California Scholastic Federation
- Robert Francis Kennedy Memorial Scholarship, Pasadena Scholarship Committee

## Presentations & Publications

2019, Presenter, Courtroom Tactics as to Defense based on Acceptable Medical Practice & Human Blood Sampling, presentation, LA Public Defenders' Office, Los Angeles, CA

2018, Presenter, Courtroom Tactics as to Defense based on Acceptable Medical Practice & Human Blood Sampling, presentation, CA DUI Lawyers Association, Los Angeles, CA

2017, Presenter, subject: Acceptable Medical Practice, Loyola Law School, Los Angeles, CA

2016, Contributing Author, <u>California Drunk Driving Defense</u>, 5th Ed., Lawrence Taylor & Peter Johnson.

2015 Phlebotomy & Human Blood Sampling, presentation, CA DUI Lawyers Association, Oakland, CA

2014 Forensic blood draw evidence, a presentation to the CA DUI Lawyers Association, Irvine, CA

2014 Medical Forensics article, CA PI Magazine, June issue

2014 *"DUI Blood Draws: Why "Medically Approved" is important"*.  Published in the monthly newsletter of Godoy Medical Forensics [http://godoymedical.net/dui-blood-draws-medically-approved-important/]



2014 Phlebotomy & Human Blood Sampling, presentation, CA Public Defenders Association, Monterey, CA

2014 Medical Forensics, San Jose District Meeting, presentation, CA Association of Licensed Private Investigators

2013 Medical Forensics & Digital Scanning in Investigations, presentation, American Society for Industrial Security, Novato, CA

2013  Medical Forensics – Sacramento District Meeting, presentation, CA Association of Licensed Investigators

2000 National Disaster Medical Services national conference presentation, Las Vegas, NV: Best Practices - A public health department disaster registry  for seniors and persons with disabilities

1997 – Present: ongoing community presentations in the areas of veterans' support; medical forensics; and medical/health/safety planning & disaster preparedness

### Interests & Volunteering

2017 Volunteer, Ascend Program [http://ascendprogram.com/], Sacramento, CA.  This program assists convicted felons in societal re-entry with a documented 80% success rate, as compared with a national average of 20-30%.

2010-2018 guest presenter, Healthcare Careers program, Grace Davis High School, Modesto, CA.

2013-2016 former chairman, Board of Directors, Honor Flight, Northern CA Chapter.  Non-profit flying WWII Veterans to visit their national memorial in Washington DC free of charge.

2016 Curriculum advisor, Criminal Justice program, Institute of Technology, Modesto, CA

Scientific wound ballistics analysis (former member, International Wound Ballistics Association); Firearm cartridge load development & testing;

Hunting , fishing, & camping; woodworking; EMS volunteer & member, Calvary Chapel, a non-denominational Christian church, Modesto, CA.

**References available on request**