IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

MASA NATHANIEL WARDEN
Plaintiff(s)
vs.
COWAN, et al,
Defendant(s)

Case Number 2:19-cv-00431-TLN-AC

REQUEST FOR AUTHORITY TO INCUR PRO BONO COSTS

REQUEST OF PRE-APPROVAL PRO BONO EXPENDITURES

Part I

Complete this form and return it to the court with two copies for approval prior to incurring the cost for which reimbursement is requested.

I, Brian C. McComas attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in the action on Nov 18, 2020, by the Honorable Allison Claire, United States District/Magistrate Judge.

I believe that the following course of action is reasonably necessary to the prosecution of this action:

(See Declaration)

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts, or similar documentation. Without such documents, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 1,200.00. I, therefore, request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this Aug day of 25, 20 23, at San Francisco, California.

_____
Attorney for the Plaintiff(s)

Page 1 of 2

Case Number: 2:19-cv-00431-TLN-AC

**TO BE COMPLETED BY THE COURT**

The following payments of costs have been previously requested and approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $11,975 | Expert Witnesses (use of force) | $0 |
| $1,200 | Deposition transcripts | |
| | | |
| | | |
| | | |
| | | |
| | | |

$1200 for deposition transcripts

The above expenditure is ___X___ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, the matter is set for discovery conference, pursuant to rule _____, on _____, at _____, in Courtroom number _____.

Dated: 08/31/2023

*Carolyn K. Delaney* for Allison Claire
_____
United States District/Magistrate Judge

Page 2 of 2

BRIAN C. McCOMAS
California SBN 273161
The Law Office of B.C. McComas, LLP
PMB 1605, 77 Van Ness Ave., Ste. 101
San Francisco, CA 94102
Telephone: (415) 814-2465
Facsimile: (415) 520-2310
Email: mccomas.b.c@mccomasllp.com

Attorney for Plaintiff
MASA NATHANIEL WARDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MASA NATHANIEL WARDEN<br><br>Plaintiff,<br><br>v.<br><br>COWAN, et al,<br><br>Defendant. | Case No. 2:19-cv-00431-TLN-AC<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S *EX PARTE* REQUEST FOR AUTHORIZATION OF FEES AND EXPENSES FOR TRANSCRIPTIONIST SERVICES AT DEPOSITIONS**<br><br>The Honorable Judge Troy L. Nunley |

I, Brian C. McComas, declare:

1. I am an attorney licensed to practice in the States of California and Idaho, and authorized to appear before the United States District Courts for the Northern, Eastern, and Central Districts of California, and District of Idaho; the United States Court of Appeals for the Ninth Circuit; and the United States Supreme Court. I have also been admitted to practice *pro hac vice* before the United States District Court for the District of Nevada and the Montana Supreme Court and its Sentence Review Division. I own and operate the Law Office of B.C. McComas, LLP.

2. I have been appointed by this Court to represent Plaintiff, Masa Nathaniel Warden. Doc #55. This is a *pro bono* appointment. Plaintiff alleges that the Defendants

1

used excessive force in violation of the Fourth Amendment by shooting him more than a dozen times while he laid on the ground without a gun.  Docs #13, 15.

3. The court has ordered the parties to file a joint trial readiness statement. As part of that submission, I am submitting this declaration because expert services will be necessary at trial.  Mr. Warden has been granted $11,975 previously for the services of Mr. Ditmars, Mr. Defoe, and Mr. Lopez.  I believe that the requested authorization of funds is necessary.  *See* General Order 558.  I have done all things possible to reduce the cost of the expenses sought herein.

**PROPOSED TRANSCRIPTION SERVICES**

4. Craig Wood Reporting is a Licensed California Certified Shorthand Reporter since 1992.  We have arranged to depose each of the four defendants in line with the Court's discovery orders.  We are doing so remotely via Zoom in order to reduce costs. However, we do need a transcriptionist to attend remotely as well in order to be able to later obtain transcripts of the depositions.  We will then seek funding for the transcripts through the California Board for Transcripts.

5. Craig Wood Reporting is paid $300 per appearance. We have scheduled 4 depositions.   Accordingly, I am requesting $1,200.

**CONCLUSION**

6. I am submitting this request for further expenses for transcription services because I believe that it is necessary to litigate this matter through trial.  I have conferred with the Pro Bono Panel and resource counsel in reaching that determination.  I will request authorization of additional expenses as necessary to present Mr. Warden's case at trial.

7. In sum, I request authorization of $1,200 in fees and expenses for transcription services necessary to prepare for trial.  If possible, not all of the funds requested for authorization will be expended.  I will seek reimbursement only for actual expenses based upon complete documentation following the conclusion of the services of Craig Wood Reporting.  I believe these services are necessary to competently represent Mr. Warden in a manner that conforms with my ethical and constitutional obligations as his

1  counsel.

2      I declare under penalty of perjury, as defined by the laws of California and
3  the United States, that the foregoing is true and correct, and that this declaration was
4  executed in San Francisco, California.

5      Dated: August 25, 2022        */s/ Brian C. McComas*
6                                            BRIAN C. McCOMAS
7                                            Attorney for Plaintiff
8                                            MASA NATHANIEL WARDEN