UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASA NATHANIEL WARDEN,<br><br>  Plaintiff,<br><br>  v.<br><br>B. COWEN, et al.,<br><br>  Defendants. | No.  2:19-cv-00431 TLN AC<br><br>ORDER ADOPTING STIPULATION WITH MODIFICATION |

The court has considered the parties' stipulation to alter the case schedule, ECF No. 102. While the court accepts some of the proposed dates, others are inconsistent with the court's schedule. Thus, IT IS HEREBY ORDERED that the parties' Stipulation Extending Expert Discovery Deadlines Order (ECF No. 18), is APPROVED as MODIFIED herein.  In summary, the deadlines in this case are as follows:

1. All discovery shall be completed by February 4, 2024.  Motions to compel must be heard not later than January 14, 2024.
2. Initial expert disclosures shall be made on or before March 5, 2024; rebuttal expert disclosures by May 6, 2024; and all expert discovery closes June 2, 2024.
3. A settlement conference has been set before Magistrate Judge Barnes on 3/27/2024 at 10:00 a.m., conference to be conducted remotely, manner to be determined at a later date.  Each party must have a principal with full and unlimited authority to negotiate

1

|   |   |   |
|---|---|---|
| 1 | | and enter a binding settlement attend.  Defendants' principal must attend in person. |
| 2 | | Those in attendance must be prepared to discuss the claims, defenses, and damages. |
| 3 | | The failure of any counsel, party, or authorized person subject to this order to appear |
| 4 | | in person, or as otherwise authorized by the court, may result in the imposition of |
| 5 | | sanctions. Each party shall provide a confidential settlement statement and any |
| 6 | | documents which have not already been filed with the court and which may be |
| 7 | | relevant to resolution of this case, to chambers, no later than 3/20/2024 via e-mail to |
| 8 | | dborders@caed.uscourts.gov.  If plaintiff is unable to access the internet, he shall, on |
| 9 | | or before 3/13/2024, to send his statement to the court by mail at 501 I Street, |
| 10 | | Sacramento, CA 95814, and indicate on the envelope and on the face of the statement |
| 11 | | that it is a confidential communication to Magistrate Judge Barnes.  Such statements |
| 12 | | shall not be filed with the Clerk or served on the opposing party.  However, each party |
| 13 | | shall notify the other party that the statement has been submitted to the judge's |
| 14 | | chambers.  In addition, upon submission of confidential settlement statements, each |
| 15 | | party shall file a "Notice of Submission of Settlement Conference Statement." |
| 16 | 4. | All law and motion, except as to discovery, shall be completed as described herein on |
| 17 | | or before July 31, 2024. |
| 18 | 5. | A final pretrial conference before District Judge Troy Nunley on November 14, 2024, |
| 19 | | at 2:00 pm in Courtroom No. 2.  Pretrial statements shall be filed in accordance with |
| 20 | | Local Rules 281 and 282, and the requirements set forth in the scheduling order at |
| 21 | | ECF No. 96. |
| 22 | 6. | A jury trial is set to commence before District Judge Troy Nunley on January 13, |
| 23 | | 2025, at 9:00 a.m., in Courtroom No. 2. |
| 24 | 7. | Failure to comply with the terms of this order may result in the imposition of |
| 25 | //// | |
| 26 | //// | |
| 27 | //// | |
| 28 | //// | |

8. monetary and all other sanctions within the power of the court, including dismissal or an order of judgment.

IT IS SO ORDERED.

DATED: September 20, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE