Patrick L. Deedon, State Bar No. 245490
Tracey A. Werner, State Bar No. 315876
**MAIRE & DEEDON**
2851 Park Marina Drive, Suite 300
Redding, California 96001-2813
(530) 246-6050 / 246-6060 (fax)
pdeedon@maire-law.com
twerner@maire-law.com

Attorney(s) for Defendants,
CITY OF REDDING, ROGER MOORE,
BRYAN COWAN, WILL WILLIAMS,
and NICK WEAVER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MASA NATHANIEL WARDEN,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF REDDING, ROGER MOORE, Former Chief of Police, Redding Police Department, in his official and individual capacities; former corporal WILL WILLIAMS, officer BRYAN COWAN, officer NICK WEAVER, and DOES 1-10, in their individual capacities<br><br>        Defendants.<br>_____/ | CASE NO.   2:19-cv-0431 TLN AC<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO MODIFY DISCOVERY SCHEDULING ORDER [ECF 103] |

IT IS HEREBY ORDERED that the parties' Stipulation to Modify Discovery Scheduling Order, signed January 8, 2024, is APPROVED and INCORPORATED herein.

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001-2813
(530) 246-6050

PAGE 1
[PROPOSED] ORDER ON STIPULATION TO MODIFY DISCOVERY SCHEDULING ORDER [ECF 103]

IT IS SO ORDERED:

1. All discovery shall be completed by April 19, 2024. Any motions to compel discovery must be heard not later than March 29, 2024.

2. Initial expert disclosures shall be made on or before May 6, 2024; rebuttal disclosures by July 5, 2024; and all expert discovery closes August 1, 2024.

3. A settlement conference has been set before Magistrate Judge Barnes on May 29, 2024, at 10:00 am. Each party shall provide a confidential settlement statement and any other documents which have not already been filed with the court and which may be relevant to resolution of this case, to chambers, no later than May 22, 2024, via email to dborders@caed.uscourts.gov.

4. All law and motion, except as to discovery, shall be completed as described herein on or before September 30, 2024.

5. The final pretrial conference before District Judge Troy Nunley shall remain on November 14, 2024, at 2:00 pm in Courtroom No. 2.

6. The jury trial shall remain on January 13, 2025, at 9:00 a.m. in Courtroom No. 2.

Dated: January 8, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE