Patrick L. Deedon, State Bar No. 245490
Tracey A. Werner, State Bar No. 315876
**MAIRE & DEEDON**
2851 Park Marina Drive, Suite 300
Redding, California 96001-2813
(530) 246-6050 / 246-6060 (fax)
pdeedon@maire-law.com
twerner@maire-law.com

Attorney(s) for Defendants,
CITY OF REDDING, ROGER MOORE,
BRYAN COWAN, WILL WILLIAMS,
and NICK WEAVER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MASA NATHANIEL WARDEN,<br><br>　　　Plaintiff,<br><br>vs.<br><br>CITY OF REDDING, ROGER MOORE, Former Chief of Police, Redding Police Department, in his official and individual capacities; former corporal WILL WILLIAMS, officer BRYAN COWAN, officer NICK WEAVER, and DOES 1-10, in their individual capacities<br><br>　　　Defendants.<br>_____/ | CASE NO.   2:19-cv-0431 TLN AC<br><br>[~~PROPOSED~~] ORDER RE: TAKING THE REMOTE DEPOSITION OF PLAINTIFF |

　　　WHEREAS Counsel for PLAINTIFF and DEFENDANTS attended an informal discovery conference with Magistrate Judge Allison Claire on September 13, 2023;

WHEREAS this Court entered a minute order on September 13, 2023, following the informal discovery conference, ruling that Defendants may take a second deposition of Plaintiff, limited to: (a) damages since the April 2020 deposition; (2) claims newly added in the Second Amended Complaint, to the extent the previous deposition did not address facts related to liability; and (3) facts related to the liability of defendants newly added in the Second Amended Complaint;

WHEREAS the court ordered that the deposition may be conducted and recorded by remote means;

WHEREAS Counsel for the parties have met and conferred on potential dates for Plaintiff's remote deposition and agreed to take said deposition on February 23, 2024, which allows time for further discovery via subpoenas for business records and coordination with the State Prison where Plaintiff is currently incarcerated;

WHEREAS the litigation coordinator at the State Prison where Plaintiff is currently incarcerated has informed Counsel for the Parties that a Court Order, plus two weeks notice, is required to secure a deposition of an inmate;

**IT IS SO ORDERED**:

1. Plaintiff's deposition shall be taken remotely via videoconferencing on Friday, February 23, 2024.
2. CSP-Lancaster is Ordered to provide Defense counsel remote access to Mr. Warden (CDCR #BV5014) on Friday, February 23, 2024, beginning at 9:00 am and lasting until completed in accordance with Federal Rules of Civil Procedure, Rule 30.
3. CSP-Lancaster is Ordered to permit Mr. Warden's attorneys to be personally present at the deposition on Friday, February 23, 2024, beginning at 9:00 a.m. and lasting until the

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001-2813
(530) 246-6050

[PROPOSED] ORDER RE: TAKING THE REMOTE DEPOSITION OF PLAINTIFF

PAGE 2

1 | remote deposition is completed, in accordance with Federal Rules of Civil Procedure, Rule 30.

DATED: January 8, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE