IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| Plaintiff(s) | Case Number |
| vs. | |
| | REQUEST FOR AUTHORITY TO INCUR PRO BONO COSTS |
| Defendant(s) | |

REQUEST OF PRE-APPROVAL PRO BONO EXPENDITURES

Part I

Complete this form and return it to the court with two copies for approval prior to incurring the cost for which reimbursement is requested.

I, _____ attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in the action on _____ , by the Honorable _____ , United States District/Magistrate Judge.

I believe that the following course of action is reasonably necessary to the prosecution of this action:

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts, or similar documentation.  Without such documents, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $_____. I, therefore, request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____ ,20____ , at _____ , California.

_____
Attorney for the Plaintiff(s)

Page 1 of 2

Case Number

**TO BE COMPLETED BY THE COURT**

The following payments of costs have been previously requested and approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $11,975 | Expert Witnesses (use of force) | $0 |
| $1,200 | Deposition Shorthand Reporter | $0 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

The above expenditure is ____XX_____ Approved   _____ Denied

Or,

_____ Good cause appearing therefore, the matter is set for discovery conference, pursuant to rule _____, on _____, at _____, in Courtroom number _____.

Dated: April 29, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

BRIAN C. McCOMAS
California SBN 273161
The Law Office of B.C. McComas, LLP
PMB 1605, 77 Van Ness Ave., Ste. 101
San Francisco, CA 94102
Telephone: (415) 814-2465
Facsimile: (415) 520-2310
Email: mccomas.b.c@mccomasllp.com

Attorney for Plaintiff
MASA NATHANIEL WARDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MASA NATHANIEL WARDEN,<br><br>Plaintiff,<br><br>v.<br><br>COWAN, et al,<br><br>Defendant. | Case No. 2:19-cv-00431-TLN-AC<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S *EX PARTE* REQUEST FOR AUTHORIZATION OF FEES AND EXPENSES FOR INVESTIGATION SERVICES**<br><br>The Honorable Judge Troy L. Nunley |

I, Brian C. McComas, declare:

1. I am an attorney licensed to practice in the States of California and Idaho, and authorized to appear before the United States District Courts for the Northern, Eastern, and Central Districts of California, and District of Idaho; the United States Court of Appeals for the Ninth Circuit; and the United States Supreme Court. I have also been admitted to practice *pro hac vice* before the United States District Court for the District of Nevada and the Montana Supreme Court and its Sentence Review Division. I own and operate the Law Office of B.C. McComas, LLP.

2. I have been appointed by this Court to represent Plaintiff, Masa Nathaniel Warden. Doc #55. This is a *pro bono* appointment. Plaintiff alleges that the Defendants

1

1 used excessive force in violation of the Fourth Amendment by shooting him more than a
2 dozen times while he laid on the ground without a gun.  Docs #13, 15.

3     3.     I am submitting this declaration because expert services will be necessary at
4 trial.  Mr. Warden has been granted $13,175 previously for the services of Mr. Ditmars, Mr.
5 Defoe, Mr. Lopez, and Craigwood Reporting.  I believe that the requested authorization of
6 additional funds for Mr. Ditmars' is necessary.  *See* General Order 558.  I have done all
7 things possible to reduce the cost of the expenses sought herein.

**PROPOSED INVESTIGATIVE SERVICES**

9     4.     Bill Ditmars is an investigator in Redding, California, familiar with the
10 Defendants in this case from prior investigations in criminal cases for the Public Defender.
11 Mr. Ditmars was previously authorized funds of $2,100 for 30 hours, which he has since
12 then used the hours to conduct interviews with witnesses.  Mr. Ditmars also investigated
13 and reported on the area of the shooting.  Mr. Ditmars has attended relevant proceedings in
14 state court involving one of the defendants.  Mr. Ditmars will need additional funds
15 amounting to $750.  This investigation is necessary to resolve conflicting accounts of what
16 occurred before, during, and after the shooting in this case.  Mr. Ditmars will also offer
17 expert testimony at trial.

18     5.     Mr. Ditmars is paid $75 per hour.  I anticipate 10 hours of services during the
19 remaining discovery and investigation phase of the case.  Accordingly, I am requesting
20 $750.

**CONCLUSION**

22     6.     I am submitting this request for further expenses for investigation services
23 because I believe that it is necessary to litigate this matter through trial.  I have conferred
24 with the Pro Bono Panel and resource counsel in reaching that determination.  I will request
25 authorization of additional expenses as necessary to present Mr. Warden's case at trial.

26     7.     In sum, I request authorization of $750 in fees and expenses for investigation
27 services necessary to prepare for trial.  If possible, not all of the funds requested for
28 authorization will be expended.  I will seek reimbursement only for actual

expenses based upon complete documentation following the conclusion of the services of Mr. Ditmars.  I believe these services are necessary to competently represent Mr. Warden in a manner that conforms with my ethical and constitutional obligations as his counsel.

    I declare under penalty of perjury, as defined by the laws of California and the United States, that the foregoing is true and correct, and that this declaration was executed in San Francisco, California.

Dated: April 18, 2024          */s/ Brian C. McComas*

                                   BRIAN C. McCOMAS

                                   Attorney for Plaintiff
MASA NATHANIEL WARDEN