IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

MASA NATHANIEL WARDEN
          Plaintiff(s)

vs.

COWAN, et al,
          Defendant(s)

Case Number 2:19-cv-00431-TLN-AC

REQUEST FOR AUTHORITY TO INCUR
PRO BONO COSTS

REQUEST OF PRE-APPROVAL PRO BONO EXPENDITURES

Part I

Complete this form and return it to the court with two copies for approval prior to incurring the cost for which reimbursement is requested.

I, Brian C. McComas attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in the action on Nov 18, 2020, by the Honorable Allison Claire, United States District/Magistrate Judge.

I believe that the following course of action is reasonably necessary to the prosecution of this action:

(See Declaration)

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts, or similar documentation.  Without such documents, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $22,305.00.  I, therefore, request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10 day of September ,20 24 , at San Francisco, California.

_____
Attorney for the Plaintiff(s)

Case Number: 2:19-cv-00431-TLN-AC

**TO BE COMPLETED BY THE COURT**

The following payments of costs have been previously requested and approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $750 | Investigation Services (interview witnesses) | $0 |
| $11,975 | Expert Witnesses (use of force) | $0 |
| $1,200 | Deposition Shorthand Reporter | $0 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

The above expenditure is __X__ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, the matter is set for discovery conference, pursuant to rule _____, on _____, at _____, in Courtroom number _____.

Dated: September 23, 2024

_____
United States District/Magistrate Judge