IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASA NATHANIEL WARDEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>B. COWAN, et al.,<br><br>　　　　　Defendants. | No. 2:19-CV-0431-TLN-AC-P<br><br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding with appointed counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's unopposed motion for administrative relief.  See ECF No. 164.

　　　　Plaintiff seeks an order permitting up to two of his legal representatives (either counsel or certified law students) to appear personally with him at California State Prison – Los Angeles County for a settlement conference before the undersigned via Zoom on January 24, 2025, at 9:30 a.m., at no charge to the parties.  Good cause appearing therefor, Plaintiff's unopposed motion will be granted.  A writ of habeas corpus ad testificandum will issue separately.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's unopposed motion for administrative relief, ECF No. 164, is granted.

2. Up to two of Plaintiff's legal representatives (either counsel or certified law students) shall be permitted to attend the January 24, 2025, settlement conference, commencing at 9:30 a.m., with Plaintiff at California State Prison – Los Angeles County, at no charge to the parties.

Dated:  January 3, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE