**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MASA NATHANIEL WARDEN,<br>      Plaintiff,<br><br>v.<br><br>B. COWAN, et al.,<br>      Defendants.<br>_____/ | No. 2:19-cv-0431-TLN-AC<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

Masa Nathaniel Warden, CDCR # BV-5014, a necessary and material participant in a continued settlement conference in this case on January 24, 2025, is confined in California State Prison (CSP), Los Angeles County, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Dennis M. Cota, by Zoom video conference from his place of confinement, on January 24, 2025, at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. Up to two of the inmate's legal representatives (either counsel or certified law students) may attend the settlement conference in person with the inmate at CSP, Los Angeles County, at no charge to the parties.

3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

4. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at CSP, Los Angeles County at (661) 729-6994 or via email.

5. Any difficulties connecting to the Zoom video conference shall immediately be reported to Jodi Palmer, Courtroom Deputy, at jpalmer@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CSP, Los Angeles County, P.O. Box 8457, Lancaster, California 93539:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Cota at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: January 6, 2025

_ALLISON CLAIRE_
UNITED STATES MAGISTRATE JUDGE