UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASA NATHANIEL WARDEN,<br><br>    Plaintiff,<br><br>    v.<br><br>B. COWAN; N. WEAVER; and CITY OF REDDING,<br><br>    Defendants. | No. 2:19-cv-00431-TLN-AC<br><br>**ORDER** |

    Plaintiff Masa Nathaniel Warden ("Plaintiff") is a state prisoner proceeding in this action with representation. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

    On July 1, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 170.) Defendants filed objections to the findings and recommendations. (ECF No. 171.) Plaintiff filed a response to these objections. (ECF No. 172.)

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a de novo review of this case. Having carefully reviewed the entire file, including Defendants' objections, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 1, 2025 (ECF No. 170) are ADOPTED in full.
2. Defendants' motion for summary judgment (ECF No. 133) is DENIED.
3. Plaintiff's motion for reconsideration (ECF No. 131) is GRANTED, and Plaintiff is given leave to file a Third Amended Complaint adding only an excessive force claim against Officer Williams as to an alleged second shot fired.

Date: September 25, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE