Patrick L. Deedon, State Bar No. 245490
Tracey A. Werner, State Bar No. 315876
**MAIRE & DEEDON**
2851 Park Marina Drive, Suite 300
Redding, California 96001-2813
(530) 246-6050 / 246-6060 (fax)
pdeedon@maire-law.com
twerner@maire-law.com

Robert M. Ferrier, State Bar No. 310708
Marilou R. Bustonera, State Bar No. 203581
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Telephone: 925.357.3456 / Facsimile: 925-478-3260
*Robert.Ferrier@lewisbrisbois.com*
*Marilou.Bustonera@lewisbrisbois.com*

Attorney(s) for Defendants,
CITY OF REDDING, ROGER MOORE,
BRYAN COWAN, WILL WILLIAMS,
and NICK WEAVER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MASA NATHANIEL WARDEN,<br><br>　　Plaintiff,<br><br>vs.<br><br>CITY OF REDDING, ROGER MOORE, Former Chief of Police, Redding Police Department, in his official and individual capacities; former corporal WILL WILLIAMS, officer BRYAN COWAN, officer NICK WEAVER, and DOES 1-10, in their individual capacities<br><br>　　Defendants.<br>_____/ | CASE NO.   2:19-cv-0431 TLN AC<br><br>**DEFENDANTS' EMERGENCY *EX PARTE* APPLICATION TO EXTEND DEADLINE TO FILE A RESPONSIVE PLEADING; [~~PROPOSED~~] ORDER THEREON** |

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA 96001-2813
(530) 246-6050

PAGE 1
DEFENDANTS' EMERGENCY *EX PARTE* APPLICATION TO EXTEND DEADLINE TO FILE A RESPONSIVE PLEADING; [PROPOSED] ORDER THEREON

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Defendants, CITY OF REDDING, ROGER MOORE, BRYAN COWAN, WILL WILLIAMS, and NICK WEAVER (hereinafter, "DEFENDANTS"), will and hereby do apply to the Court *ex parte* for an Order to modifying Defendants' deadline for a responsive pleading.

This application is made following the conference of counsel by telephone and email, which took place on October 15, 2025.

**RELIEF SOUGHT**

1. Defendants' deadline to file a responsive pleading is presently October 15, 2025. Defendants' seek a modification of the Court's order, and a 48-hour extension, making the responsive pleading due by October 17, 2025.

**GROUNDS FOR RELIEF**

1. Defense Counsel, Tracey Werner, was tasked with the assignment of preparing a responsive pleading.

2. Counsel Werner is presently serving on jury duty, with no access to her cell phone or laptop and no ability to complete this assignment by the present deadline.

3. The Court is in session on Tuesdays, Wednesdays, and Thursdays.

4. Today is day two of jury selection. The matter is a felony case, with a 9-day trial estimate.

5. Even if selected, Counsel Werner will be able to work on this assignment after-hours and should be able to meet a deadline of Friday, October 17, 2025.

6. Having no available remedies on such short notice, Defendants submit this application *ex parte*.

///

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA 96001-2813
(530) 246-6050

PAGE 2
DEFENDANTS' EMERGENCY *EX PARTE* APPLICATION TO EXTEND DEADLINE TO FILE A RESPONSIVE PLEADING; [PROPOSED] ORDER THEREON

Dated:   October 20, 2025	MAIRE & DEEDON

	/s/ Tracey A. Werner
	PATRICK L. DEEDON
	TRACEY A. WERNER
	Attorneys for Defendants,
	CITY OF REDDING, ROGER MOORE,
	BRYAN COWAN, WILL WILLIAMS,
	and NICK WEAVER

## ~~PROPOSED~~ ORDER

The Court, having received and received the Ex Parte Emergency Application of Defendants to Extend the Deadline to File a Responsive Pleading, and good cause appearing, hereby orders as follows:

The motion is GRANTED.

Defendants' deadline to file a responsive pleading is Friday, October 17, 2025.

This order shall not disturb any other deadline in the existing scheduling order.

IT IS SO ORDERED.

Dated: October 20, 2025

	_____
	ALLISON CLAIRE
	UNITED STATES MAGISTRATE JUDGE

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA  96001-2813
(530) 246-6050

PAGE 3
DEFENDANTS' EMERGENCY *EX PARTE* APPLICATION TO EXTEND DEADLINE TO FILE A RESPONSIVE PLEADING; [PROPOSED] ORDER THEREON