CARTER C. WHITE, CSB # 164149
U.C. Davis Civil Rights Clinic
One Shields Ave., Bldg. TB-30
Davis, CA 95616
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

*Attorney for Plaintiff,*
 *Masa Warden*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASA WARDEN,<br><br>            Plaintiff,<br><br>vs.<br><br>B. COWAN, ET AL.,<br><br>            Defendants | Case No. 2:19-cv-00431-TLN-AC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME** |

   The parties stipulate and ask the Court to enter an Order extending the time for Plaintiff to file a Motion to Strike Affirmative Defenses for an additional 14 days. Good cause exists to extend this deadline for the reasons stated below.

1. On October 17, 2025, Defendants filed their Answer to Plaintiff's Third Amended Complaint. ECF No. 177.

2. Under Rule 12(f), Fed. R. Civ. P., Plaintiff's deadline to file a motion to strike affirmative defenses in the Answer is November 7, 2025.

3. The parties have exchanged communications and are in discussions that are likely to resolve the issues without the need for filing a motion. The parties need additional time

to complete those discussions.

Therefore, the parties stipulate and ask the Court to enter an Order extending the time for the Plaintiff to file a motion to strike affirmative defenses by an additional 14 days, until on or before November 21, 2025.

Respectfully submitted,

Dated: November 7, 2025            UC Davis Civil Rights Clinic

*/S/ Carter C. White*
Carter C. White
Supervising Attorney

*Attorney for Plaintiff*

Dated: November 7, 2025

*/S/ Tracey A. Werner*
Tracey A. Werner
MAIRE & DEEDON

*Attorney for Defendants*

**IT IS SO ORDERED**

Dated: November 12, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE