Tracey A. Werner, State Bar No. 315876
**MAIRE & DEEDON**
2851 Park Marina Drive, Suite 300
Redding, California 96001-2813
(530) 246-6050 / 246-6060 (fax)
*pdeedon@maire-law.com*
*twerner@maire-law.com*

Robert M. Ferrier, State Bar No. 310708
Marilou R. Bustonera, State Bar No. 203581
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Telephone: 925.357.3456 / Facsimile: 925-478-3260
*Robert.Ferrier@lewisbrisbois.com*
*Marilou.Bustonera@lewisbrisbois.com*

Attorney(s) for Defendants,
CITY OF REDDING, ROGER MOORE,
BRYAN COWAN, WILL WILLIAMS,
and NICK WEAVER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MASA NATHANIEL WARDEN,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDDING, ROGER MOORE, Former Chief of Police, Redding Police Department, in his official and individual capacities; former corporal WILL WILLIAMS, officer BRYAN COWAN, officer NICK WEAVER, and DOES 1-10, in their individual capacities<br><br>Defendants.<br>_____/ | CASE NO.   2:19-cv-0431 TLN AC P<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING DEFENDANTS TO FILE AN AMENDED ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT** |

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001-2813
(530) 246-6050

**PAGE 1**
**STIPULATION AND [PROPOSED] ORDER AUTHORIZING DEFENDANTS TO FILE AN AMENDED ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

IT IS HEREBY STIPULATED, by and among MASA NATHANIEL WARDEN (hereinafter "PLAINTIFF") and CITY OF REDDING, ROGER MOORE, WILL WILLIAMS, BRYAN COWAN, and NICK WEAVER (hereinafter collectively referred to as "Defendants"), through their respective undersigned counsel of record, as follows:

WHEREAS Counsel for the Parties met and conferred on November 4, 2025, November 7, 2025, and November 19, 2025, concerning several affirmative defenses plead by Defendants in their Answer to Plaintiff's Third Amended Complaint.

WHEREAS Counsel for the parties agree that an amended answer is necessary to streamline issues for trial, and Defendants have agreed to amend their answer in lieu of Plaintiff bringing a Motion to Strike.

WHEREAS Plaintiff also recently filed a Motion for Reconsideration, seeking leave to file a Fourth Amended Complaint [ECF 181], which motion is scheduled to be heard by this Court on December 10, 2025.

WHEREAS, in the interest of justice and to promote judicial economy and efficiency, the Parties have agreed to stay Defendants' deadline to amend their Answer until after the Court rules on Plaintiff's pending Motion for Reconsideration [ECF 181]. If the Motion is granted, Defendants will file an Answer to Plaintiff's Fourth Amended Complaint. If the Motion is denied, Defendants will file a First Amended Answer to Plaintiff's Third Amended Complaint.

WHEREAS Plaintiff has agreed to waive any argument as to the timeliness of Defendants' proposed amended answer.

IT IS HEREBY STIPULATED AND AGREED by and among the Parties as follows:

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001-2813
(530) 246-6050

PAGE 2
STIPULATION AND [PROPOSED] ORDER AUTHORIZING DEFENDANTS TO FILE AN AMENDED ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

1. If Plaintiff's Motion for Reconsideration is denied after oral argument, Defendants will file a First Amended Answer to Plaintiff's Third Amended Complaint within 14 days of receipt of the Order denying Plaintiff's Motion.

2. If Plaintiff's Motion for Reconsideration is granted after oral argument, Defendants will file an Answer within 14 days of receipt of Plaintiff's Fourth Amended Complaint.

Dated: November 20, 2025                                   **MAIRE & DEEDON**

/s/ Tracey A. Werner
PATRICK L. DEEDON
TRACEY A. WERNER
Attorney(s) for Defendants,
CITY OF REDDING, ROGER MOORE, BRYAN COWAN, WILL WILLIAMS, and NICK WEAVER

Dated: November 20, 2025                                   **UC DAVIS SCHOOL OF LAW**
                                                           **CIVIL RIGHTS CLINIC**

/s/ Carter c. White
CARTER C. WHITE
Attorney(s) for Plaintiff,
MASA NATHANIEL WARDEN

Dated: November 20, 2025                                   **LAW OFFICES OF B.C. MCCOMAS, LLP**

/s/ Brian C. McComas
BRIAN C. MCCOMAS
Attorney(s) for Plaintiff,
MASA NATHANIEL WARDEN

*[Proposed Order on the Following Page.]*

///

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001-2813
(530) 246-6050

PAGE 3
**STIPULATION AND [PROPOSED] ORDER AUTHORIZING DEFENDANTS TO FILE AN AMENDED ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

# ~~PROPOSED~~ ORDER

The Court, having received and considered the Stipulation Authorizing Defendants to File an Amended Answer to Plaintiff's Third Amended Complaint, and good cause appearing, it is hereby ordered as follows:

The stipulation is APPROVED.

1. If Plaintiff's Motion for Reconsideration is denied after oral argument, Defendants will file a First Amended Answer to Plaintiff's Third Amended Complaint within 14 days of receipt of the Order denying Plaintiff's Motion.

2. If Plaintiff's Motion for Reconsideration is granted after oral argument, Defendants will file an Answer within 14 days of receipt of Plaintiff's Fourth Amended Complaint.

This order shall not disturb any other deadline in the existing scheduling order.

IT IS SO ORDERED.

DATED: November 21, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001-2813
(530) 246-6050

PAGE 4
STIPULATION AND ~~[PROPOSED]~~ ORDER AUTHORIZING DEFENDANTS TO FILE AN AMENDED ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT